IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

WAYNE THURMAN,                          *

                    Plaintiff,          *

v.                                         Case No. 1:20-CV-213 (LAG)(TQL)
                                        *
COMMISSIONER OF SOCIAL SECURITY,
                                        *
                    Defendant.
                                        *

## J U D G M E N T

Pursuant to this Court's Order dated March 29, 2022, having accepted the recommendation of the

United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 29th day of March, 2022.


David W. Bunt, Clerk


s/ M. Danielle Morrow, Deputy Clerk